**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARIA DELSOCORRO MALINOWSKI**
**INDIVIDUALLY AND AS A PERSONAL**
**REPRESENTATIVE OF THE ESTATE**
**OF BRYAN K. MALINOWSKI, DECEASED**
**AND ON BEHALF OF THE WRONGFUL**
**DEATH BENEFICIARIES OF BRYAN K.**
**MALINOWSKI**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 2 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**PLAINTIFF**

v.                         **Case No. 4:25-CV-00486-LPR**

**UNITED STATES OF AMERICA,**
**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS, AND EXPLOSIVES (ATF),**
**TIMOTHY BOLES, TROY DILLARD,**
**CLAYTON MERRILL, TYLER COWART,**
**MATTHEW SPRINKLES, JAMES BASS,**
**MICHAEL GIBBONS, CHRIS GRIGGS,**
**SHANNON HICKS, AND AMY NESS,**
**INDIVIDUALLY**                                    **DEFENDANTS**

## DEFENDANTS' JOINT EXHIBIT LIST

The Defendants, the United States of America, and the individually named Defendants Timothy Boles, Troy Dillard, Clayton Merrill, Tyler Cowart, Matthew Sprinkles, James Bass, Michael Gibbons, Chris Griggs, Shannon Hicks and Amy Ness submit this Joint Exhibit List to accompany the respective Motions to Dismiss and Briefs in Support. Below are said exhibits:

1.    Exhibit 1- Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Application and Search Warrant;

2. Exhibit 2- Little Rock Police Department Audio from Motor Vehicle Recording, Certificate of Authenticity;

3. Exhibit 3 – ATF Special Agent Shannon Hicks Audio Statement (initial statement), Certificate of Authenticity;

4. Exhibit 4- ATF Special Agent Timothy Boles Audio Statement;

5. Exhibit 5- Plaintiff, Maria Malinowski Audio Statement;

6. Exhibit 6- ATF Special Agent Matthew Sprinkles Audio Statement 1 (initial interview);

7. Exhibit 7- ATF Special Agent Matthew Sprinkles Audio Statement 2 (follow up interview);

8. Exhibit 8- ATF Special Agent Amy Ness Audio Statement;

9. Exhibit 9 – ATF Task Force Officer Michael Gibbons Audio Statement;

10. Exhibit 10 – ATF Special Agent Tyler Cowart Audio Statement;

11. Exhibit 11 – ATF Order 3220.1B, Searches and Examinations[1]; and

12. Exhibit 12 – ATF Order 8200.3C, Post Shooting and Use of Force Reporting and Review Procedures.

---

[1] Exhibits 11 and 12 will be filed subject to a Motion to Seal and for Protective Order.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

Shannon S. Smith
Arkansas Bar No. 94172
Lindsey Mitcham Lorence
Arkansas Bar No. 96183
Assistant United States Attorneys
425 W. Capitol Ave, Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
shannon.smith@usdoj.gov
lindsey.lorence@usdoj.gov

*Counsel for the United States*

*And*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

SIEGMUND F. FUCHS
Senior Trial Attorney, Torts Branch

ANNA-DRAKE STEPHENS
AL Bar 1492Y06Y
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 305-1576
anna-drake.stephens@usdoj.gov

*Counsel for the Individually Named Defendants*

3